PER CURIAM.
Jason Windham timely appeals his conviction by jury verdict for aggravated assault with a deadly weapon and twenty-year minimum mandatory prison sentence imposed pursuant to the 10-20-Life statute.[1] We find no error in the trial court’s denial of Windham’s motion to suppress his confession, and find all other claimed errors related to Windham’s conviction to be harmless in light of his confession. See State v. DiGuilio, 491 So.2d 1129 (Fla.1986).
AFFIRMED.
GRIFFIN and TORPY, JJ., concur.
LAWSON, J., concurring specially, with opinion.

. § 775.087(2)(a), Fla. Slat. (2008).